UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHAKKA SHANEAK JAMES

VERSUS

JEFF LANDRY, ET AL.

CIVIL ACTION

25-803-SDD-RLB

AND

SHAKKA SHANEAK JAMES

VERSUS

JEFF LANDRY, ET AL.

CIVIL ACTION

25-804-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 6, 2026, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's *Motion for Leave to File First Amended Complaint*[3] is DENIED and Plaintiff's No. 25-803-SDD-RLB and No. 25-804-SDD-RLB cases are DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana, on this 2 day of February, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 15.
[2] Rec. Doc. 16.
[3] Rec. Doc. 11.